# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Israel Sarmiento-Lechuga

Case No. Civil 00-1200 DWF/AJB

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Dave Lindemann, Special Agent
Immigration Naturalization Services of
United States of America

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's motion for speedy trial or disposition of warrant(s) information, indictment is denied. Petitioner's application for habeas corpus is summarily dismissed.

DATE: July 14, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

8